1  RUSS M. FUKANO (SBN 114166)
   Email: rfukano@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Defendants
   Caliber Home Loans, Inc., U.S. Bank Trust, N.A., as
7  Trustee for LSF8 Master Participation Trust, and
   Summit Management Company, LLC
8

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | IRENE CARDENAS,                    | Case No. 5:17-cv-04382-HRL
13 |         Plaintiff,                 | STIPULATION EXTENDING DEADLINE FOR DEFENDANTS CALIBER HOME LOANS, INC., U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, AND SUMMIT MANAGEMENT COMPANY, LLC TO RESPOND TO COMPLAINT; DECLARATION OF ANNMARIE MORI
14 |   v.                               |
15 | CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RMAC TRUST SERIES 2016-CIT; SUMMIT MANAGEMENT COMPANY, LLC; and DOES 1-10, inclusive, |
16 |                                    |
17 |                                    | Assigned To: Howard R. Lloyd
18 |                                    |
19 |                                    |
20 |                                    |
21 |         Defendants.                |

**TroyGould PC**

STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT;
DECLARATION OF ANNMARIE MORI

01425-0273 297352.1

Plaintiff Irene Cardenas ("Plaintiff") and defendants Caliber Home Loans, Inc. ("Caliber"), U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust, and Summit Management Company, LLC ("Defendants"), have agreed to a first extension of the deadline for Defendants to respond to the Complaint up to and including September 8, 2017, as follows:

1. The Complaint in this action was filed by Plaintiff in Monterey County Superior Court on June 23, 2017 (the "Complaint").

2. On or about August 2, 2017, defendant U.S. Bank National Association, as Trustee for RMAC Trust Series 2016-CTT removed the action to the United States District Court for the Northern District of California.

3. Pursuant to Federal Rule of Civil Procedure, Rule 81(c), governing deadlines relating to removal actions, Defendants' deadline to respond to the Complaint is August 9, 2017.

4. On August 6, 2017, Plaintiff agreed to a thirty-day extension of the deadline for Defendants to respond to the Complaint up to and including September 8, 2017.

5. Whereas, the Northern District Local Rule 6-1 permits stipulations without court order to extend the time to respond to the complaint, "provided the change will not alter the date of any event or any deadline already fixed by Court order" (N.D. L.R. 6-1) and the extension does not alter the date of any event or deadline set by the Court, therefore, the parties are submitting this Stipulation without a proposed order.

THEREFORE:

**TroyGould PC**

1
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT; DECLARATION OF ANNMARIE MORI

01425-0273 297352.1

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, that Defendants shall have up to and including September 8, 2017, to file and serve their response to the Complaint.

Dated: August 9, 2017

CLARISSE CHUNG
CROSSROADS LEGAL GROUP

By: /s/ Clarisse Chung
　　Clarisse Chung
Attorneys for Plaintiff
Irene Cardenas

Dated: August 9, 2017

RUSS M. FUKANO
ANNMARIE MORI
TROYGOULD PC

By: /s/ AnnMarie Mori
　　AnnMarie Mori
Attorneys for Defendants
Caliber Home Loans, Inc., U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, and Summit Management Company, LLC

## DECLARATION OF ANNMARIE MORI

I, AnnMarie Mori, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am associated with the law firm of TroyGould PC, counsel of record for defendants Caliber Home Loans, Inc., U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust, and Summit Management Company, LLC ("Defendants"), in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Pursuant to Local Rule 5-1(i)(3) of the Northern District, August 8, 2017, concurrence in the filing of this document has been obtained from the other signatory, Clarisse J. Chung.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of August , 2017, at Los Angeles, California.

/s/ AnnMarie Mori
AnnMarie Mori

**TroyGould PC**

3
STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT; DECLARATION OF ANNMARIE MORI

01425-0273  297352.1